IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-02534-MSK-MJW

CATHERINE SUNDVALL,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss With Prejudice (Motion) **(#20)** filed December 10, 2014. Having reviewed the Motion,

IT IS ORDERED that the Motion is GRANTED and any and all claims asserted by the Plaintiff against Defendant are hereby dismissed, with prejudice, each party to bear his, her or its own attorney fees and costs.

DATED this 11th day of December, 2014.

                                                BY THE COURT:

                                                Marcia S. Krieger
                                                United States District Court